**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

David Christian,

    Plaintiff,

        v.                                                                    Case No.  1:11cv371

Michael J. Astrue,
Commissioner of Social Security,                          Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 17, 2012 (Doc. 12).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation (Doc. 12) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  The decision of the Commissioner to deny Plaintiff DIB benefits is **RESERVED** and this matter is **REMANDED** consistent with the Opinion by the Magistrate Judge under sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

                                                          *S/Michael R. Barrett*
                                                          Michael R. Barrett
                                                          United States District Judge